No. 95–7694. JONES v. FARRINGTON ET AL. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* de-

nied. See this Court's Rule 39.8. Petitioner is allowed until March 18, 1996, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.